**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Juan Arroyo, Appellant.

Appellate Case No. 2013-000580

―――――――――

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2014-UP-338
Submitted August 1, 2014 – Filed September 24, 2014

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Assistant Attorney General Curtis Anthony Pauling, III, and Assistant Attorney General Cary Nicholas Goings, all of Columbia, for Respondent.

―――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.